UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH D. SAVAGE,

    Plaintiff,

v.

Case No. 23-cv-12445
Hon. Matthew F. Leitman

SUVARIA, *et al.*,

    Defendants.
_____/

### ORDER CONSTRUING PLAINTIFF'S FILING (ECF No. 34) AS OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 27) AND OVERRULING THEM

On September 15, 2025, the assigned Magistrate Judge issued a Report and Recommendation (the "R&R," ECF No. 27) in which he recommended that the Court grant the motion to dismiss (ECF No. 17) that had been filed by all Defendants. Plaintiff Kenneth D. Savage thereafter filed two sets of objections to the R&R. (*See* Objs., ECF Nos. 28 & 29.) The Court thereafter entered an order sustaining one of Savage's objections, overruling the others, and dismissing all of his claims except his *Gerstein*/*McLaughlin* claim. (*See* Order, ECF No. 30.)

On January 1, 2026, Savage filed a document that he calls his "revised objections" to the R&R. (*See* ECF No. 34.) In the same document, he seeks reconsideration of the R&R. He does not mention the Court's order resolving all of the issues presented in the R&R.

1

The Court construes Savage's filing as additional objections to the R&R, and the Court **OVERRULES** those objections. The objections are untimely, and they present no basis on which to disturb the recommendation in the R&R or the Court's ruling on the issues presented in the R&R.

As the Court has previously indicated, this case will move forward on a single claim: the *Gerstein*/*McLaughlin* claim.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126